# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00524-CV

**Johnny Lee Vela, Appellant**

**v.**

**The Attorney General for the State of Texas and Amanda Huckaby, Appellees**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 423RD JUDICIAL DISTRICT
### NO. 4232510, HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Johnny Lee Vela has filed a motion to abate this appeal while Vela pursues a bill of review proceeding in the trial court. The Attorney General for the State of Texas has agreed to Vela's request to abate the appeal for that purpose. Vela has been unable to confer with appellee Amanda Huckaby regarding the requested abatement. The motion is granted and the appeal is abated. The parties shall submit either a joint status report concerning the status of the bill of review proceeding in the trial court or a motion to dismiss this appeal on or before December 15, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin

Abated

Filed:   September 19, 2014